### IN RE KENNETH M.*
### (14122)

O'CONNELL, SPEAR and HENNESSY, Js.

Argued May 24—decision released June 27, 1995

*Glen G. Baron,* for the appellant (petitioner).

*Denise Bevza,* for the appellant (respondent).

*Barbara Claire,* for the minor child.

PER CURIAM. The judgment is affirmed.